STATE of Missouri,
Plaintiff/Respondent,

v.

Jason Lee BATCHELOR,
Defendant/Appellant.

No. ED 98018.

Missouri Court of Appeals,
Eastern District,
Division Two.

Aug. 13, 2013.

Laura Martin, St. Louis, MO, for appellant.

Gregory Barnes, Jefferson City, MO, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., MARY K. HOFF, J. and LISA S. VAN AMBURG, J.

## ORDER

PER CURIAM.

Defendant appeals from a judgment finding him guilty of possession of a controlled substance, section 195.202 RSMo 2000, in a court tried case. The trial court sentenced him to two years' imprisonment.

No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order. We affirm the judgment pursuant to Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Carmel L. ALLEN, Appellant.

No. ED 98110.

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 13, 2013.

Susan L. Hogan, Kansas City, MO, for appellant.

Chris Koster, Andrew C. Hooper, Jefferson City, MO, for respondent.

Before ROY L. RICHTER, P.J., CLIFFORD H. AHRENS, J., and GLENN A. NORTON, J.

## ORDER

PER CURIAM.

Carmel Allen (Defendant) appeals the trial court's judgment entered after a jury convicted him of forcible rape.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).